UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DONALD L. CRISP    DEBORAH E. CRISP

          Debtor(s)          CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

          Movant           CASE NO: 1-20-01194-HWV

vs.

DONALD L. CRISP    DEBORAH E. CRISP

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 25, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on March 31, 2020.

2. A hearing was held and an Order was entered on November 18, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

          Respectfully submitted,

          s/   James K. Jones, Esq.
          Id:   39031
          Attorney for Trustee
          Charles J. DeHart, III
          Standing Chapter 13 Trustee
          Ste. A, 8125 Adams Drive
          Hummelstown, PA   17036
          Ph.   717-566-6097
          Fax. 717-566-8313
          eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: DONALD L. CRISP
DEBORAH E. CRISP

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-20-01194-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| This hearing will be held telephonically using Courtcall. | Date: February 24, 2021 |
| | Time: 09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: January 25, 2021

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DONALD L. CRISP<br>DEBORAH E. CRISP<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>DONALD L. CRISP<br>DEBORAH E. CRISP<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 1-20-01194-HWV |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 25, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| E. HALEY ROHRBAUGH<br>CGA LAW FIRM, P.C.<br>135 NORTH GEORGE ST<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| DONALD L. CRISP<br>13676 CROSSROADS AVENUE<br>FELTON, PA 17322 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date: January 25, 2021 | Respectfully,<br>Vickie Williams<br>for Charles J. DeHart, III, Trustee<br>Suite A, 8125 Adams Dr.<br>Hummelstown, PA 17036<br>Phone: (717) 566-6097<br>eMail: dehartstaff@pamd13trustee.com |

IN RE: DONALD L. CRISP
DEBORAH E. CRISP

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| DONALD L. CRISP | |
| DEBORAH E. CRISP | CASE NO: 1-20-01194-HWV |
| Respondent(s) | |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.