IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>DONALD L. CRISP and<br>DEBORAH E. CRISP<br>              Debtors<br><br>DONALD L. CRISP and<br>DEBORAH E. CRISP<br>              Movants<br>v.<br>JACK ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>              Respondent | Chapter 13<br><br>Case No. 1:20-bk-1194-HWV |

**NOTICE to CREDITORS OF MOTION FOR**
**APPROVAL OF SALE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

Notice is hereby given that:

On May 7, 2021, the Debtors filed a Motion for Approval of Sale of Real Estate Free and Clear of Liens and Encumbrances. The Debtors propose to sell vacant land located at 13654 Cross Roads Avenue, Felton / Cross Roads Borough, Pennsylvania 17322 to Jeanne Hayter for the sum of $40,000.00.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, then on or before **May 21, 2021,** you or your attorney must:

File with the Court a written request for a hearing, or if the Court requires a written response, an answer, explaining your position at:

              Clerk of the Bankruptcy Court
              Ronald Regan Federal Building
              228 Walnut Street, Room 320
              Harrisburg, PA 17101

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **May 21, 2021,** the date stated above.

You must also send a copy to:

E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 N. George Street
York, PA 17401
hrohrbaugh@cgalaw.com

Attend the hearing scheduled to be held on June 15, 2021 at 9:30 a.m. in the Ronald Regan Federal building, Bankruptcy Courtroom, 3rd Floor, 228 Walnut Street, Harrisburg, PA 17101. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.


Date: 5/10/2021            E. Haley Rohrbaugh, Esquire
                           135 North George Street
                           York, PA 17401
                           Telephone: 717-848-4900

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Donald L. Crisp,

**Debtor 1**

Deborah E. Crisp,

**Debtor 2**

Chapter: 13

Case number: 1:20–bk–01194–HWV

Document Number: 51

Matter: Motion for Sale Free and Clear of Liens

DONALD L. CRISP and
DEBORAH E. CRISP
**Movant(s)**

vs.

JACK ZAHAROPOULOS
CHAPTER 13 TRUSTEE
**Respondent(s)**

## Order

  Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above–referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001–6. Service shall be made and a certification of service filed evidencing service of pleading.

  **IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court on or before **5/21/21**. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court<br>Ronald Reagan Federal Building, Bankruptcy<br>Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: 6/15/21<br>Time: 09:30 AM |
|---|---|

Dated: May 10, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:20-bk-1194-HWV |
|---|---|
| Donald L. Crisp<br>Deborah E. Crisp | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/10/2021, I did cause a copy of the following documents, described below,

Notice of Motion to Sell

Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/10/2021

/s/ E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire  323803

CGA Law Firm
135 N. George Street
York, PA  17401
717 848 4900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Donald L. Crisp
Deborah E. Crisp

CASE NO: 1:20-bk-1194-HWV

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/10/2021, a copy of the following documents, described below,

Notice of Motion to Sell

Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/10/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 N. George Street
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-20-BK-01194-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>THU NOV 12 14-21-46 EST 2020 | CBNA<br>ATTN CENTRALIZED BANKRUPTCY<br>P O BOX 790034<br>ST LOUIS MO 63179-0034 | COMENITYCAPITALBOSCOV<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
|---|---|---|
| CITIBANK NA<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 | STEWARTSTOWN FAMILY DENTISTRY<br>20 SPRINGWOOD AVENUE<br>STEWARTSTOWN PA 17363-4076 | DONALD L CRISP<br>DEBORAH E CRISP<br>13676 CROSSROADS AVENUE<br>FELTON PA 17322-8389 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | NATIONAL RECOVERY AGENCY<br>P O BOX 67015<br>HARRISBURG PA 17106-7015 |
| OSS HEALTH CLINIC<br>PO BOX 7126<br>LANCASTER PA 17604-7126 | PATIENT FIRST<br>CO RECEIVABLES MANAGEMENT SYSTEMS<br>P O BOX 73810<br>RICHMOND VA 23235-8047 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| PREMIERE CREDIT OF NORTH AMERICA LLC<br>ATTN BANKRUPTCY<br>P O BOX 19309<br>INDIANAPOLIS IN 46219-0309 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| SYNCHRONY BANKQVC<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | WELLSPAN HEALTH<br>P O BOX 645734<br>CINCINNATI OH 45264-5734 | WELLS FARGO BANK NA<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 |
| YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | | |