UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DONALD L. CRISP and : CHAPTER 13
DEBORAH E. CRISP :
   Debtors :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
   vs. :
:
DONALD L. CRISP and :
DEBORAH E. CRISP :
   Respondents : CASE NO. 1-20-bk-01194

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 3rd day of May, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is underfunded relative to claims to be paid – 100% plan. The plan needs to pay an additional $4,937.63 for a total of $49,635.29 in order to payoff unsecured claims at 100% as proposed.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                          Respectfully submitted:

                          Jack N. Zaharopoulos
                          Standing Chapter 13 Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA 17036
                          (717) 566-6097

          BY:          /s/Douglas R. Roeder
                          Attorney for Trustee

## CERTIFICATE OF SERVICE

    AND NOW, this 3rd day of May, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. Haley Rohrbaugh, Esquire
135 North George Street
York, PA 17401

            /s/Deborah A. DePalma
            Office of Jack N. Zaharopoulos
            Standing Chapter 13 Trustee