# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Donald L Crisp
     Deborah E Crisp

Case No.: 1-20-01194HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Specialized Loan Servicing |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 8158 |
| Property Address if applicable: | 13676 Crossroads Ave |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $18,740.37 |
| f. | Postpetition arrearage paid by the trustee: | $18,740.37 |
| g. | Total b, d, and f: | $18,740.37 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated:  November 21, 2023

Respectfully submitted,


/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Donald L Crisp
        Deborah E Crisp

                                                    Case No.: 1-20-01194HWV

                                                    Chapter 13

                **Debtor(s)**

                        <u>**CERTIFICATE OF SERVICE**</u>

I certify that I am more than 18 years of age and that on November 21, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

  <u>**Served Electronically**</u>
  E. Haley Rohrbaugh, Esquire
  CGA Law Firm
  135 North George St
  York PA 17401

  <u>**Served by First Class Mail**</u>
  Specialized Loan Servicing, LLC
  6200 S Quebec St
  Greenwood Village CO 80111

  Donald L Crisp
  Deborah E Crisp
  13676 Crossroads Ave
  Felton PA 17322

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 21, 2023                    <u>/s/  Liz Joyce</u>
                                                    Office of the Standing Chapter 13 Trustee
                                                    Jack N. Zaharopoulos
                                                    Suite A, 8125 Adams Dr.
                                                    Hummelstown, PA  17036
                                                    Phone:  (717) 566-6097
                                                    email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-01194    **DONALD L. CRISP**

**SPECIALIZED LOAN SERVICING LLC**
6200 S QUEBEC ST

GREENWOOD VILLAGE, CO

Acct No: 8158

PAY BALANCE NO INTEREST

| | | | | | | **Sequence:** 24 |
| | | | | | | Modify: |
| | | | | | | Filed Date: |
| | | | | | | Hold Code: |

| | | Debt: | $18,740.37 | Interest Paid: | $0.00 |
| Amt Sched: | $18,675.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $18,740.37 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | | DisbDescrp | |
| **0050** | **SPECIALIZED LOAN SERVICING LLC** | | | | | | | |
| 005-0 | SPECIALIZED LOAN SERVICING LLC | | 08/18/2021 | 2003911 | $18,740.37 | $0.00 | $18,740.37 | 08/26/2021 |

|  |  |  |  |
|--|--|--|--|
| **Sub-totals:** | $18,740.37 | $0.00 | $18,740.37 |
| **Grand Total:** | $18,740.37 | $0.00 | |