In re:  Case No. 20-01194-HWV
Donald L. Crisp  Chapter 13
Deborah E. Crisp
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 22, 2023     Form ID: 3180W     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald L. Crisp, Deborah E. Crisp, 13676 CrossRoads Avenue, Felton, PA 17322-8389 |
| 5319063 | + | Bank of America, N.A., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5317891 | + | DONALD L. CRISP, DEBORAH E. CRISP, 13676 CROSSROADS AVENUE, FELTON, PA 17322-8389 |
| 5317892 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5317902 | + | LINDA SKLAR, 2554 BRIGHTON DRIVE, YORK, PA 17402-3923 |
| 5317904 | | OSS HEALTH CLINIC, P.O. BOX 7126, LANCASTER, PA 17604-7126 |
| 5317913 | | WELLSPAN HEALTH, P.O. BOX 742641, CINCINNATI, OH 45274-2641 |
| 5317912 | + | WELLSPAN HEALTH, P. O. BOX 645734, CINCINNATI, OH 45264-5734 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: BANKAMER | Nov 22 2023 23:46:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 22 2023 23:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 22 2023 18:49:00 | The Bank of New York Mellon, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5317898 | + | EDI: BANKAMER | Nov 22 2023 23:46:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 5317897 | + | EDI: BANKAMER | Nov 22 2023 23:46:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 5322612 | | EDI: BANKAMER | Nov 22 2023 23:46:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 5317899 | + | EDI: CITICORP | Nov 22 2023 23:46:00 | CBNA, ATTN: CENTRALIZED BANKRUPTCY, P O BOX 790034, ST LOUIS, MO 63179-0034 |
| 5317900 | + | EDI: WFNNB.COM | Nov 22 2023 23:46:00 | COMENITYCAPITAL/BOSCOV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5333457 | | EDI: CITICORP | Nov 22 2023 23:46:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5317895 | | EDI: IRS.COM | Nov 22 2023 23:46:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 5333025 | | EDI: JEFFERSONCAP.COM | Nov 22 2023 23:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5317903 | + | Email/Text: Bankruptcies@nragroup.com | Nov 22 2023 18:49:00 | NATIONAL RECOVERY AGENCY, P O BOX 67015, HARRISBURG, PA 17106-7015 |
| 5317894 | + | EDI: PENNDEPTREV | Nov 22 2023 23:46:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5317894 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2023 18:49:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5317905 | | Email/Text: joey@rmscollect.com | Nov 22 2023 18:49:00 | PATIENT FIRST, C/O RECEIVABLES MANAGEMENT SYSTEMS, P O BOX 73810, RICHMOND, VA 23235-8047 |
| 5317906 | | Email/Text: legal@performantcorp.com | Nov 22 2023 18:49:00 | PREMIERE CREDIT OF NORTH AMERICA, LLC, ATTN: BANKRUPTCY, P O BOX 19309, INDIANAPOLIS, IN 46219 |
| 5332182 | | EDI: Q3G.COM | Nov 22 2023 23:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5317893 | + | Email/Text: karen.brown@treasury.gov | Nov 22 2023 18:49:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5317908 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 22 2023 18:49:00 | SPECIALIZED LOAN SERVICING/SLS, ATTN: BANKRUPTCY DEPT, 6200 S QUEBEC STREET, GREENWOOD VILLAGE, CO 80111-4720 |
| 5317901 | | Email/Text: info@stewartstowndentistry.com | Nov 22 2023 18:49:00 | DAVID WILLIAMS, DDS, PC, 36 N. MAIN STREET, STEWARTSTOWN, PA 17363-4039 |
| 5317909 | + | EDI: SYNC | Nov 22 2023 23:46:00 | SYNCHRONY BANK/QVC, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5317910 | + | EDI: SYNC | Nov 22 2023 23:46:00 | SYNCHRONY BANK/SAMS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5318935 | + | EDI: SYNC | Nov 22 2023 23:46:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5388315 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 22 2023 18:49:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5328091 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 22 2023 18:49:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5317911 | + | EDI: WFFC2 | Nov 22 2023 23:46:00 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 5327123 | | EDI: WFFC2 | Nov 22 2023 23:46:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5317896 | + | Email/Text: kcm@yatb.com | Nov 22 2023 18:49:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| 5317907 | ##+ | RUSSELL LETRA, 11843 N. 60TH AVENUE, GLENDALE, AZ 85304-2501 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor The Bank of New York mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust Series 2006-I bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Deborah E. Crisp hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Donald L. Crisp hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust Series 2006-I bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Bank of America N.A. ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Donald L. Crisp | Social Security number or ITIN xxx–xx–6206 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Deborah E. Crisp | Social Security number or ITIN xxx–xx–3763 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–01194–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donald L. Crisp                    Deborah E. Crisp

11/22/23

**By the court:** _Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                     **Chapter 13 Discharge**                     page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**