| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Donald L. Crisp |
| Debtor 2 (Spouse, if filing) | Deborah E. Crisp |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 20-01194 |

# Form 4100R
## Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Statement / Response Date: 12/05/2023

**Name of creditor:** The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2006-I c/o Specialized Loan Servicing, LLC

**Court claim no.** (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account: 8158

**Property address:** 13676 CrossRoads Avenue
Number     Street

Felton, PA 17322
City     State     ZIP Code

### Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **Loan Paid in Full**
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Donald L. Crisp | Case number (if known) | 20-01194 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

| a. | Total postpetition ongoing payments due: | (a) | $0.00 |
|---|---|---|---|
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: MM / DD / YYYY

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mukta Suri  
Signature

Date 12/12/2023

Print: Mukta Suri  
Title: Authorized Agent for Specialized Loan Servicing LLC

Company: Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 9013  
Addison, Texas 75001

Contact phone: (972) 643-6600  
Email: POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 12, 2023 via electronic notice unless otherwise stated.

**Debtor** *Via U.S. Mail*
Donald L. Crisp
13676 Crossroads Avenue
Felton, PA 17322

**Debtor** *Via U.S. Mail*
Deborah E. Crisp
13676 Crossroads Avenue
Felton, PA 17322

**Debtors' Attorney**
Elizabeth Haley Rohrbaugh
CGA Law Firm
135 N. George Street
York, PA 17401

**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Respectfully Submitted,

/s/ Mukta Suri